**SO ORDERED.**

**SIGNED this 13 day of April, 2010.**



*Dale L. Somers*
**Dale L. Somers**
**UNITED STATES BANKRUPTCY JUDGE**

_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF KANSAS
## KANSAS CITY DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | Case No. 10-20250-dls |
| | ) | |
| Timothy Wayne Dalsing | ) | Chapter 7 |
| | ) | |
| Debtor, | ) | |
| | ) | |
| U.S. Bank, N.A., it's | ) | |
| Successors and/or Assigns | ) | |
| | ) | |
| Movant. | ) | |

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The Motion for Relief from the Automatic Stay was filed by U.S. Bank, N.A., it's Successors and/or Assigns on March 11, 2010. Copies of the Motion were sent by CM/ECF notification to the Trustee and to Counsel for the Debtor at that time with a Notice of Objection Deadline.

Pursuant to the Notice of Objection Deadline, parties were given until April 1, 2010 to file a written objection to said Motion. No responsive pleadings have been filed.

United States Bankruptcy Court
District of Kansas
Kansas City Division
In re: U.S. Bank, N.A., it's Successors and/or Assigns v. Timothy Wayne Dalsing
Case No. 10-20250-dls
Chapter 7
Order Granting Relief from Stay
Page 2

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

LOT 4, TOWER ACRES SUBDIVISION, ACCORDING TO THE RECORDED PLAT THEREOF, IN LEAVENWORTH COUNTY, KANSAS.

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest. It is therefore,

ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure. Upon entry of a Discharge Order in the above case Movant may only seek in rem relief in state court proceedings.

United States Bankruptcy Court
Kansas City Division
In re: U.S. Bank, N.A., it's Successors and/or Assigns v. Timothy Wayne Dalsing
Case No. 10-20250-dls
Chapter 7
Order Granting Relief from Stay
Page 3

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

###

Order submitted by:

Millsap & Singer, LLC

*/s/ Cynthia M. Woolverton*
Cynthia M. Woolverton, #21445
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067
bktyks@msfirm.com
Attorneys for U.S. Bank, N.A., it's Successors and/or Assigns